Order affirmed and judgment absolute ordered for the plaintiff on the stipulation, with costs; no opinion.

Concur: PARKER, Ch. J., BARTLETT, HAIGHT, MARTIN, VANN, CULLEN and WERNER, JJ.

---

MARY J. BRENNAN, as Administratrix of JOHN BRENNAN, Deceased, Respondent, v. ALBANY AND GREENBUSH BRIDGE COMPANY, Appellant.

*Brennan* v. *Albany & Greenbush Bridge Co.*, 61 App. Div. 279, affirmed.
(Argued February 25, 1902; decided March 25, 1902.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered May 10, 1901, reversing a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term and granting a new trial.

*Randall J. Le Boeuf* for appellant.

*John S. Wolfe* for respondent.

Order affirmed and judgment absolute ordered for plaintiff on the stipulation, with costs; no opinion.

Concur: PARKER, Ch. J., BARTLETT, HAIGHT, MARTIN, VANN, CULLEN and WERNER, JJ.

---

LAWRENCE COHEN, an Infant, by ISRAEL H. COHEN, his Guardian ad Litem, Respondent, v. METROPOLITAN STREET RAILWAY COMPANY, Appellant.

*Cohen* v. *Metropolitan Street Ry. Co.*, 63 App. Div. 165, affirmed.
(Argued February 26, 1902; decided March 25, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 19, 1901, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Theodore H. Lord, Charles F. Brown* and *Henry A. Robinson* for appellant.

*Samuel Sturtz* and *Henry L. Franklin* for respondent.

Judgment affirmed, with costs, and ten per cent damages under section 3251 of the Code of Civil Procedure; no opinion.

Concur: PARKER, Ch. J., BARTLETT, HAIGHT, MARTIN, VANN, CULLEN and WERNER, JJ.

---

HATTIE WOODWORTH, as Administratrix of GEORGE H. WOODWORTH, Deceased, Respondent, v. THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

*Woodworth* v. *N. Y. C. & H. R. R. R. Co.*, 55 App. Div. 23, affirmed.
(Argued February 26, 1902; decided March 25, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 8, 1901, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Robert A. Kutschbock* and *Charles C. Paulding* for appellant.

*Clinton F. Ferris* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ. Dissenting: PARKER, Ch. J. Not voting: HAIGHT, J.

---

HERMAN NICHOLSON, an Infant, by LUTHER L. WELLER, his Guardian ad Litem, Respondent, v. JONATHAN STERNBERG et al., Appellants.

*Nicholson* v. *Sternberg*, 61 App. Div. 51, appeal dismissed.
(Argued February 26, 1902; decided March 25, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 7, 1901, affirming a judgment in favor of plaintiff